# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | | |
|---|---|---|
| **MICHELLE RACE** | : | |
| | : | |
| Plaintiff, | : | Case No: 2:18-CV-00094-WOB-CJS |
| | : | |
| V. | : | |
| | : | |
| **DELTA AIR LINES, INC.** | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters in controversy between the parties hereto having been resolved, this matter is hereby dismissed with prejudice, each party to bear their own court costs and attorney's fees.

RESPECTFULLY SUBMITTED,

/s/ W. Kash Stilz, Jr.
W. Kash Stilz, Jr.
Roush & Stilz, P.S.C.
19 West Eleventh Street
Covington, Kentucky 41011-3003
Telephone: (859) 291-8400
Facsimile: (859) 291-6555
kash@roushandstilzlaw.com
*Attorneys for Plaintiff*

And

/s/ Richard L. Moore
Richard L. Moore (Ohio 0062010) (pro hac vice)
Matthew O. Wagner (Ohio 0089422) (pro hac vice)
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
T: (513) 651-6800
F: (513) 651-6981
rlmoore@fbtlaw.com
mwagner@fbtlaw.com

Michael E. Nitardy
Frost Brown Todd LLC
7310 Turfway Road, Suite 210
Florence, Kentucky 41042
Phone: 859-817-5900
Fax: 859-289-5902
mnitardy@fbtlaw.com
*Attorneys for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ W. Kash Stilz, Jr.
W. KASH STILZ, JR.